No. 93–8486. GRIECO *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–8494. HAWKINS *v.* GREEN ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–8495. KELLY *v.* DECO RECORDS ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8496. KUKES *v.* CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–8497. FORSTER *v.* NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–8502. IBARRA-ARREOLA *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 93–8504. BENAVIDES *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8511. NYBERG *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–8518. KOTAS ET UX. *v.* JOURNAL COMMUNICATIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–8526. DEANE *v.* SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 93–8528. LYLE *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Sup. Ct. Mich. Certiorari denied.

No. 93–8535. COCKRELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8536. PRINCE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–8543. YEAGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8549. CURETON *v.* MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.